IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER,<br><br>Plaintiff,<br>vs.<br><br>CODY MILLER, Corporal, in his individual capacity,<br><br>Defendant. | **8:23CV214**<br><br>**ORDER TO SHOW CAUSE** |

This matter is before the Court in advance of the Final Pretrial Conference scheduled for October 13, 2026 at 11:00 a.m. Filing No. 39. Defense counsel was ordered to submit the Proposed Order on Final Pretrial Conference to the Court no later than October 6, 2026. Filing No. 39. At the time of this Order, no proposed order has been received. Further, a review of the docket illustrates that all deadlines governing progression of this case have expired and there are no pending motions.

Accordingly, the Court will order Defendant to show cause by October 14, 2026, for their failure to comply with the Court's March 3, 2026, progression order requiring them to submit the proposed final pretrial order to the Court.

Because the parties have not submitted the necessary materials, the Court, on its own motion, will continue the upcoming final pretrial conference.

IT IS THEREFORE ORDERED that:

1. Defendant shall have until October 14, 2026, to show cause for their failure to comply with the Court's March 3, 2026, order, Filing No. 39, requiring them to submit the proposed final pretrial order to the Court by October 6, 2026.
2. The Final Pretrial Conference scheduled for October 13, 2026, is continued pending further order of the Court.

Dated this 7th day of October, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge